# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JONATHON MARTIN SEGURA,**

       **Plaintiff,**

**vs.**                                                                 **No. CV 10-1006 WDS**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SSA,**

       **Defendant.**

## ORDER GRANTING MOTION APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE

THIS MATTER coming before the Court upon Plaintiff's Motion for Order Granting Application To Proceed In Forma Pauperis, the Court having considered the Affidavit and Application filed October 28, 2010 (Doc. # 5), FINDS that the Application is well-taken and should be granted.

IT IS HEREBY ORDERED that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

IT IS FURTHER ORDERED that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel.

_____
UNITED STATES MAGISTRATE JUDGE